UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTONIO HUNDLEY, | No. 2:21-cv-02237-JAM-JDP (HC) |
| Petitioner, | |
| v. | ORDER |
| T. CISNEROS, | |
| Respondent. | |

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On December 14, 2021, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 14, 2021, are adopted in full;

2. Petitioner's petition, ECF No. 1, is dismissed without leave to amend as untimely;

3. The Clerk of Court is directed to close this case; and

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.


DATED: February 8, 2022              /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE